No. 1251.   UNITED FOREST PRODUCTS CO., INC. *v.* BAXTER ET AL.   C. A. 8th Cir.   Certiorari denied.   *E. Eugene Davis, F. J. O'Hara, Jr.,* and *Hugh Lynch, Jr.,* for petitioner.   *Donald A. Wine* for respondents.

No. 1109.   WEED *v.* BILBREY ET AL.   Sup. Ct. Fla.   Certiorari denied.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.   *Frederick William Wagner* and *Peter G. Kalogridis* for petitioner.   *William A. Gillen* for respondents.

No. 1131.   BANKERS COMMERCIAL LIFE INSURANCE CO. ET AL. *v.* AMERICAN HOSPITAL ASSN. ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.   *G. H. Kelsoe, Jr.,* for petitioners.   *Otis B. Gary* for respondents.

No. 1197.   BENTLEY *v.* NEW HAMPSHIRE.   C. A. 1st Cir.   Motion to dispense with printing petition granted.   Certiorari denied.   *George S. Pappagianis,* Attorney General of New Hampshire, and *David H. Souter,* Assistant Attorney General, for respondent.

No. 921, Misc.   KENNEDY *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Arthur I. Vorys* for petitioner.   *Solicitor General Griswold* for the United States.

No. 1108, Misc.   BULLARD *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.